**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00629-CR
No. 05-14-00630-CR

**STAFFON LADARIUS-DELA SPARKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-25612-M, F08-40995-M**

## ORDER

The Court **REINSTATES** the appeals.

On July 29, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 27, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the July 29, 2014 order requiring findings.

Our July 29, 2014 order also required the trial court to review the record and to file amended certifications of appellant's right to appeal that accurately reflect the trial court proceedings. Specifically, we informed the Court that the certifications state the cases involve plea bargains and appellant has no right to appeal. The documents in the clerk's record,

however, reflect that the plea agreements were during the hearing on the State's motions to proceed with adjudication of guilt. *See Hargesheimer v. State*, 182 S.W.3d 906, 912–13 (Tex. Crim. App. 2006); *Dears v. State*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005). We have not yet received the amended certifications of appellant's right to appeal.

Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, amended certifications of appellant's right to appeal that accurately reflect the trial court proceedings. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013).

Appellant's brief is due within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court, and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE